# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

**USA**                                                    CASE:  **2:03–CR–00448–JAM**

                    vs.

**ARMANDO SERRANO, ET AL.**                    **ORDER OF REASSIGNMENT**

_____  /

The court, having received the notice of full retirement of **Senior Judge**

**Frank C. Damrell, Jr.** finds the necessity for reassignment of the above captioned case, and

for notice to be given to the affected parties.

        IT IS THEREFORE ORDERED that:

        The above captioned case shall be and is hereby **REASSIGNED** from

**Senior Judge Frank C. Damrell, Jr.** to **Judge John A. Mendez** for all

further proceedings.  The new case number for this action, which must be used on all documents

filed with the court, is:

                    **2:03–CR–00448–JAM**

        All dates currently set in this reassigned action shall remain effective subject to further

order of the court.

        DATED: April 20, 2012

                                                    _____

                                                    **ANTHONY W. ISHII**, CHIEF
                                                    U.S. DISTRICT COURT JUDGE